651 A.2d 472

CHRISTOPHER FRAZIER, PLAINTIFF–MOVANT, v. NEW
JERSEY MANUFACTURERS INSURANCE COMPANY,
ET AL., DEFENDANTS–RESPONDENTS.

December 13, 1994.

## ORDER

Leave to appeal is granted.